IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREGORY JAMES MILLER,

      Appellant,

v.

CITY OF TRENTON,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5136

_____/

Opinion filed October 6, 2015.

An appeal from the Circuit Court for Gilchrist County.
Mary Day Coker, Judge.

Gregory James Miller, pro se, Appellant.

Meagan L. Logan and Heath L. Vickers of Marks Gray, P.A., Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.